# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 3:21-CV-04029-MCR-EMT

Plaintiff:
**PAXTON MCMILLIAN**

vs.

Defendant:
**USRE, LLC D/B/A AT HOME INN AND KEVIN R. GALLAGHER**

For:
CLAYTON CONNORS, ESQ.
THE LAW OFFICES OF CLAYTON M. CONNORS, PLLC
4400 BAYOU BLVD
SUITE 32A
PENSACOLA, FL 32503

Received by RANDALL BADGER on the 15th day of December, 2021 at 12:00 pm to be served on **U.S.R.E., LLC C/O REGISTERED AGENT, KEVIN R. GALLAGHER, 7025 OKEECHOBEE ROAD, FORT PIERCE, FL 34945.**

I, RANDALL BADGER, being duly sworn, depose and say that on the **16th day of December, 2021 at 11:20 am**, I:

**SERVED** the within named **LLC** by delivering a true copy of the **Summons in a Civil Action & Complaint** with the date and hour of service endorsed thereon by me to **MAYRA GOMEZ** as **MANAGER** of **U.S.R.E., LLC** service being made at **7025 OKEECHOBEE ROAD, FORT PIERCE, FL 34945** pursuant to F.S. 48.062

**Description** of Person Served: Age: 28+, Sex: F, Race/Skin Color: HISPANIC, Height: 5'4", Weight: 130, Hair: BLACK, Glasses: N

"Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true,"
F.S. 95.525

STATE OF FLORIDA
COUNTY OF ST. LUCIE
Sworn to and subscribed before me by the means of physical presence notarization, this the 17th day of December, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

AMY M. BOYD
Notary Public - State of Florida
Commission # GG 301818
My Comm. Expires Apr 1, 2023
Bonded through National Notary Assn.

RANDALL BADGER
07-26

Our Job Serial Number: PDB-2021012316

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| PAXTON MCMILLIAN <br><br> *Plaintiff(s)* <br> v. <br> USRE, LLC d/b/a AT HOME INN <br> and KEVIN R. GALLAGHER <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:21-CV-04029-TKW-EMT |

## SUMMONS IN A CIVIL ACTION

DATE: 12/16/2021

To: *(Defendant's name and address)* U.S.R.E, LLC
c/o Registered Agent
KEVIN R. GALLAGHER
7025 OKEECHOBEE RD
FORT PIERCE, FL 34945

TIME: 11:20 AM/PM
INITALS: PB
PS #: 0726

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  CLAYTON M. CONNORS, ESQ.
THE LAW OFFICES OF CLAYTON M. CONNORS, PLLC
4400 BAYOU BLVD.
SUITE 32A
PENSACOLA, FLORIDA 32503

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
*CLERK OF COURT*

Date: 12/13/2021

/s/ A'Donna Bridges, Deputy Clerk
*Signature of Clerk or Deputy Clerk*