IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAXTON MCMILLIAN,

    Plaintiff,

v.                                   Case No. 3:21-cv-04029-MCR-EMT

USRE, LLC.
D/B/A AT HOME INN AND
KEVIN GALLAGHER,

    Defendant.

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

    Defendants, U.S.R.E., LLC and Kevin Gallagher, ("Defendants") by and through the undersigned counsel, respectfully move for an extension of time up to and including January 25, 2022, to respond to Plaintiff's Complaint, and state the following in support:

    1.    Plaintiff filed the Complaint (Doc. 1) on December 10, 2021.

    2.    Defendants' counsel has been recently retained.

    3.    Defendants' counsel reached out to Plaintiff's counsel who agreed to an extension up to and including January 25, 2022.

4. The undersigned has discussed the subject matter of this Motion with Plaintiff's counsel, who is not opposed to the relief sought herein.

## MEMORANDUM OF LAW

This Court may grant the requested enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). Defendants' request for an extension of the deadline is made in good faith and does not prejudice Plaintiff. In fact, Plaintiff agrees to the extension. Permitting the extension will enable Defendants to respond to the Complaint following analysis of the relevant files and will enable counsel to explore the possibility of early resolution.

WHEREFORE, Defendants respectfully request an extension of time to respond to Plaintiff's Complaint up to and including January 25, 2022.

## LOCAL RULE 7.1(B) CERTIFICATION

Counsel for Defendants has conferred with counsel for Plaintiff regarding the subject matter of this motion, and Plaintiff does not oppose the relief requested. Dated this 18th day of January, 2022.

        Respectfully submitted,

        SPIRE LAW, LLC
        2572 W. State Road 426, Suite 2088
        Oviedo, Florida 32765

        By: /s/ *Jesse I. Unruh*

                                          Jesse I. Unruh, Esq.
                                          Florida Bar No. 93121
                                          jesse@spirelawfirm.com
                                          dstsj@spirelawfirm.com
                                          laura@spirelawfirm.com

Attorney for Defendants | U.S.R.E., LLC and Kevin Gallagher

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 18th day of January, 2022, the foregoing was electronically filed with the Court by using the Northern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Clayton M. Connors at the Law Offices of Clayton M. Connors, PLLC; 4400 Bayou Blvd., Suite 32A Pensacola, Florida 32503; cmc@westconlaw.com.

                                          */s/ Jesse I. Unruh*
                                          Attorney