IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAXTON MCMILLIAN,

    Plaintiff,

v.                                                        Case No. 3:21-cv-04029-MCR-EMT

USRE, LLC.
D/B/A AT HOME INN AND
KEVIN GALLAGHER,

    Defendant.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendants, USRE, LLC and Kevin Gallagher (collectively, "Defendants"), through undersigned counsel and pursuant to Federal Rules of Civil Procedure 8 and 12, answer the Complaint (Doc. 1) filed by Plaintiff, Paxton McMillian ("Plaintiff"), and assert defenses and affirmative defenses as follows:

## JURISDICTION AND VENUE

1. Defendants acknowledge that Plaintiff has filed the Complaint for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

1

("FLSA"), the Florida Minimum Wage Amendment (FMWA), Article X, §24 of the Florida Constitution, the Americans with Disabilities Act, (ADA), 42 U.S.C. §§ 12111-12117, 12203; the Family Medical Leave Act, 29 U.S.C.S. §§ 2601; 2611-2654, and Florida's Workers' Compensation Retaliation Law § 440.205, Florida Statutes but deny Plaintiff is entitled to any relief and otherwise deny the allegations set forth in Paragraph 1.

2. Defendants admit for jurisdiction purposes but otherwise deny the allegations set forth in Paragraph 2.

3. Defendants admit for jurisdiction purposes but otherwise deny the allegations set forth in Paragraph 3.

4. Defendants are without knowledge and therefore deny the allegations set forth in Paragraph 4 of the Complaint.

5. Defendants deny the allegations set forth in Paragraph 5 of the Complaint.

6. Defendants deny the allegations set forth in Paragraph 6 of the Complaint.

7. Defendants state the FMLA speaks for itself and deny any remaining factual allegations set forth in Paragraph 7 of the Complaint.

8. Defendants deny the allegations set forth in Paragraph 8 of the Complaint.

9. Defendants deny the allegations set forth in Paragraph 9 of the Complaint.

10. Defendants deny the allegations set forth in Paragraph 10 of the Complaint.

11. Defendants deny the allegations set forth in Paragraph 11 of the Complaint.

12. Defendants deny the allegations set forth in Paragraph 12 of the Complaint.

13. Defendants deny the allegations set forth in Paragraph 13 of the Complaint.

14. Defendants admit Paragraph 14 for jurisdiction purposes but otherwise denies.

15. Defendants admit Paragraph 15 for jurisdiction purposes but otherwise denies.

16. Defendants deny the allegations set forth in Paragraph 16 of the Complaint.

www.spirelawfirm.com
Employment Attorneys

17. Defendants admit Paragraph 17 for jurisdiction purposes but otherwise denies.

18. Defendants deny the allegations set forth in Paragraph 18 of the Complaint.

19. Defendants deny the allegations set forth in Paragraph 19 of the Complaint.

20. Defendants deny the allegations set forth in Paragraph 20 of the Complaint.

21. Defendants deny the allegations set forth in Paragraph 21 of the Complaint.

22. Defendants deny the allegations set forth in Paragraph 22 of the Complaint.

23. Defendants deny the allegations set forth in Paragraph 23 of the Complaint.

24. Defendants are without knowledge and therefore deny the allegations set forth in Paragraph 24 of the Complaint.

## **PARTIES**

25. Defendants are without knowledge and therefore deny the allegations set forth in Paragraph 25 of the Complaint.

26. Defendants admit the allegations set forth in Paragraph 26 of the Complaint.

27. Defendants admit the allegations set forth in Paragraph 27 of the Complaint.

**FACTS**

28. Defendants are without knowledge and therefore deny the allegations set forth in Paragraph 28 of the Complaint.

29. Defendants deny the allegations set forth in Paragraph 29 of the Complaint.

30. Defendants deny the allegations set forth in Paragraph 30 of the Complaint.

31. Defendants deny the allegations set forth in Paragraph 31 of the Complaint.

32. Defendants deny the allegations set forth in Paragraph 32 of the Complaint.

33. Defendants deny the allegations set forth in Paragraph 33 of the Complaint.

34. Defendants deny the allegations set forth in Paragraph 34 of the Complaint.

www.spirelawfirm.com
Employment Attorneys

35. Defendants deny the allegations set forth in Paragraph 35 of the Complaint.

36. Defendants deny the allegations set forth in Paragraph 36 of the Complaint.

37. Defendants are without knowledge and therefore deny the allegations set forth in Paragraph 37 of the Complaint.

38. Defendants deny the allegations set forth in Paragraph 38 of the Complaint.

39. Defendants deny the allegations set forth in Paragraph 39 of the Complaint.

40. Defendants deny the allegations set forth in Paragraph 40 of the Complaint.

41. Defendants admit the allegations set forth in Paragraph 41 of the Complaint.

42. Defendants deny the allegations set forth in Paragraph 42 of the Complaint.

43. Defendants deny the allegations set forth in Paragraph 43 of the Complaint.

www.spirelawfirm.com
Employment Attorneys

44. Defendants deny the allegations set forth in Paragraph 44 of the Complaint.

45. Defendants deny the allegations set forth in Paragraph 45 of the Complaint.

46. Defendants deny the allegations set forth in Paragraph 46 of the Complaint.

47. Defendants deny the allegations set forth in Paragraph 47 of the Complaint.

48. Defendants deny the allegations set forth in Paragraph 48 of the Complaint.

49. Defendants deny the allegations set forth in Paragraph 49 of the Complaint.

50. Defendants deny the allegations set forth in Paragraph 50 of the Complaint.

**FIRST CAUSE OF ACTION**
*(THIS COUNT ONLY APPLIES TO: U.S.R.E., LLC. D/B/A AT HOME INN & SUITES)*
*DISABILITY DISCRIMINATION*
*AMERICANS WITH DISABILITIES ACT, (ADA)*

51. Defendants re-adopt each and every response in paragraphs 4; 25; and 27 through 40 as if set out in full herein.

52. The Americans with Disabilities Act speaks for itself and all allegations of violation of the law are hereby denied.

53. Defendants admit the allegations set forth in Paragraph 53 of the Complaint.

54. Defendants state the Americans with Disabilities Act speaks for itself and deny any alleged violation of the law set forth in Paragraph 54 of the Complaint.

55. Defendants deny the allegations set forth in Paragraph 55 of the Complaint.

56. Defendants are without knowledge and therefore deny the allegations set forth in Paragraph 56 of the Complaint.

57. Defendants are without knowledge and therefore deny the allegations set forth in Paragraph 57 of the Complaint.

58. Defendants are without knowledge and therefore deny the allegations set forth in Paragraph 58 of the Complaint.

59. Defendants are without knowledge and therefore deny the allegations set forth in Paragraph 59 of the Complaint.

60. Defendants are without knowledge and therefore deny the allegations set forth in Paragraph 60 of the Complaint.

61. Defendants deny the allegations set forth in Paragraph 61 of the Complaint.

62. Defendants deny the allegations set forth in Paragraph 62 of the Complaint.

63. Defendants deny the allegations set forth in Paragraph 63 of the Complaint.

64. Defendants deny the allegations set forth in Paragraph 64 of the Complaint.

65. Defendants deny the allegations set forth in Paragraph 65 of the Complaint.

66. Defendants deny the allegations set forth in Paragraph 66 of the Complaint.

67. Defendants deny the allegations set forth in Paragraph 67 of the Complaint.

**SECOND CAUSE OF ACTION**
(THIS COUNT ONLY APPLIES TO: U.S.R.E., LLC. D/B/A AT HOME INN & SUITES)
*DISABILITY RETALIATION*
*AMERICANS WITH DISABILITIES ACT, (ADA)*

68. Defendants re-adopt each and every response in paragraphs 4; 25; and 27 through 40 as if set out in full herein.

69. The Americans with Disabilities Act speaks for itself and all allegations of violation of the law are hereby denied.

70. Defendants deny the allegations set forth in Paragraph 70 of the Complaint.

71. Defendants deny the allegations set forth in Paragraph 71 of the Complaint.

72. The Americans with Disabilities Act speaks for itself and all allegations of violation of the law are hereby denied.

73. Defendants deny the allegations set forth in Paragraph 73 of the Complaint.

74. Defendants deny the allegations set forth in Paragraph 74 of the Complaint.

75. Defendants deny the allegations set forth in Paragraph 75 of the Complaint.

76. Defendants deny the allegations set forth in Paragraph 76 of the Complaint.

77. Defendants deny the allegations set forth in Paragraph 77 of the Complaint.

www.spirelawfirm.com
Employment Attorneys

## THIRD CAUSE OF ACTION
**(THIS COUNT ONLY APPLIES TO: U.S.R.E., LLC. D/B/A AT HOME INN & SUITES)**
*(FLA. STAT. § 440.205 Florida Workers' Compensation Retaliation Claim)*

78. Defendants re-adopt each and every response in paragraphs 4; 25; and 27 through 40 as if set out in full herein.

79. Defendants deny the allegations set forth in Paragraph 79 of the Complaint.

80. Defendants deny the allegations set forth in Paragraph 80 of the Complaint.

81. Defendants deny the allegations set forth in Paragraph 81 of the Complaint.

82. Defendants deny the allegations set forth in Paragraph 82 of the Complaint.

## FOURTH CAUSE OF ACTION
**THIS CAUSE OF ACTION TO APPLIES TO:
KEVIN GALLAGHER AND U.S.R.E., LLC. D/B/A AT HOME INN & SUITES
VIOLATION OF 29 U.S.C. § 207 (UNPAID OVERTIME)**

83. Defendants re-adopt each and every response in paragraphs 8-27; 38-30 and 40 through 50 as if set out in full herein.

84. Defendants deny the allegations set forth in Paragraph 84 of the Complaint.

85. Defendants deny the allegations set forth in Paragraph 85 of the Complaint.

86. Defendants deny the allegations set forth in Paragraph 86 of the Complaint.

87. Defendants admit the allegations set forth in Paragraph 87 of the Complaint.

88. Defendants are without knowledge and therefore deny the allegations set forth in Paragraph 88 of the Complaint.

89. Defendants deny the allegations set forth in Paragraph 89 of the Complaint.

90. Defendants deny the allegations set forth in Paragraph 90 of the Complaint.

91. Defendants deny the allegations set forth in Paragraph 91 of the Complaint.

92. Defendants deny the allegations set forth in Paragraph 92 of the Complaint.

93. Defendants deny the allegations set forth in Paragraph 93 of the Complaint.

www.spirelawfirm.com
Employment Attorneys

# FIFTH CAUSE OF ACTION
**THIS CAUSE OF ACTION TO APPLIES TO:**
**KEVIN GALLAGHER AND U.S.R.E., LLC. D/B/A AT HOME INN & SUITES**
**VIOLATION OF 29 U.S.C. § 206 (UNPAID MINIMUM WAGES)**

94. Defendants re-adopt each and every response in paragraphs 8-27; 38-30 and 40 through 50 as if set out in full herein.

95. Defendants deny the allegations set forth in Paragraph 95 of the Complaint.

96. The United States Code, 29 U.S.C. § 206, speaks for itself and all allegations the law was violated are hereby denied.

97. Defendants deny the allegations set forth in Paragraph 97 of the Complaint.

98. Defendants deny the allegations set forth in Paragraph 98 of the Complaint.

99. Defendants deny the allegations set forth in Paragraph 99 of the Complaint.

# SIXTH CAUSE OF ACTION
**THIS CAUSE OF ACTION TO APPLIES TO:**
**KEVIN GALLAGHER AND U.S.R.E., LLC. D/B/A AT HOME INN & SUITES**
**VIOLATION OF ARTICLE X, § 24, FLORIDA CONSTITUTION**
**(FLORIDA MINIMUM WAGE AMENDMENT)**

www.spirelawfirm.com
Employment Attorneys

100. Defendants re-adopt each and every response in paragraphs 8-27; 38-30 and 40 through 50 as if set out in full herein.

101. Article X, Section 24 of the Florida Constitution speaks for itself and all allegations the law was violated are hereby denied.

102. Defendants deny the allegations set forth in Paragraph 102 of the Complaint.

### SEVENTH CAUSE OF ACTION
**THIS CAUSE OF ACTION TO APPLIES TO:**
**KEVIN GALLAGHER AND U.S.R.E., LLC. D/B/A AT HOME INN & SUITES**
**RETALIATION IN VIOLATION OF 29 U.S.C. § 215 AND THE FLORIDA MINIMUM WAGE ACT**

103. Defendants re-adopt each and every response in paragraphs 8-27; 38-30 and 40 through 50 as if set out in full herein.

104. Defendants deny the allegations set forth in Paragraph 104 of the Complaint.

105. Defendants deny the allegations set forth in Paragraph 105 of the Complaint.

106. Defendants deny the allegations set forth in Paragraph 106 of the Complaint.

107. Defendants deny the allegations set forth in Paragraph 107 of the Complaint.

14

108. Defendants deny the allegations set forth in Paragraph 108 of the Complaint.

109. Defendants deny the allegations set forth in Paragraph 109 of the Complaint.

**EIGHTH CAUSE OF ACTION**
(THIS CAUSE OF ACTION ONLY APPLIES TO:
U.S.R.E., LLC. D/B/A AT HOME INN & SUITES)
(FMLA INTERFERENCE)

110. Defendants re-adopt each and every response in paragraphs 5; 38-6-7 and 27 through 40 as if set out in full herein.

111. Defendants deny the allegations set forth in Paragraph 111 of the Complaint.

112. Defendants deny the allegations set forth in Paragraph 112 of the Complaint.

113. Defendants deny the allegations set forth in Paragraph 113 of the Complaint.

114. Defendants deny the allegations set forth in Paragraph 114 of the Complaint.

115. Defendants deny the allegations set forth in Paragraph 115 of the Complaint.

15

116. Defendants deny the allegations set forth in Paragraph 116 of the Complaint.

117. Defendants deny the allegations set forth in Paragraph 117 of the Complaint.

118. Defendants deny the allegations set forth in Paragraph 118 of the Complaint.

119. Defendants are without knowledge and therefore deny the allegations set forth in Paragraph 119 of the Complaint.

## PRAYER FOR RELIEF

In response to the unenumerated WHEREFORE paragraph following paragraph 119, Defendants deny that Plaintiff is entitled to any relief as demanded, and deny any and all allegations set forth in this paragraph including subsections a-k.

## DEMAND FOR JURY TRIAL

Defendants deny that there are any claims to be tried by Jury.

## GENERAL DENIAL

All allegations not expressly admitted are denied.

www.spirelawfirm.com
Employment Attorneys

## FIRST DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff was not covered under the FMLA and Defendants were not within the jurisdictional thresholds of the FMLA.

## SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff did not work the hours claimed.

## THIRD DEFENSE

Plaintiff's claims are barred because Plaintiff was paid all wages due.

## FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, as Defendants at all times acted in good faith.

## FIFTH DEFENSE

Because Plaintiff's Complaint is phrased in vague and conclusory terms Defendants cannot fully anticipate all defenses which may be applicable to this action. Accordingly, the right to assert additional defenses, to the extent such defenses are applicable, is hereby reserved.

Dated this 25th day of January, 2022.

Respectfully submitted,

SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/Jesse I. Unruh*
    Jesse I. Unruh, Esq.
    Florida Bar No. 93121
    jesse@spirelawfirm.com
    dstsj@spirelawfirm.com
    laura@spirelawfirm.com

Attorney for Defendants | U.S.R.E., LLC and Kevin Gallagher

## CERTIFICATE OF SERVICE

I hereby Certify that on this 25th day of January, 2022, the foregoing was electronically filed with the Court by using the Northern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Clayton M. Connors at the Law Offices of Clayton M. Connors, PLLC; 4400 Bayou Blvd., Suite 32A Pensacola, Florida 32503; cmc@westconlaw.com.

    */s/ Jesse I. Unruh*
    Attorney