IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAXTON MCMILLIAN

    PLAINTIFF,
v.                                CASE NO.: 3:21-cv- 04029-MCR-EMT

USRE, LLC.
D/B/A AT HOME INN AND
KEVIN GALLAGHER,

    DEFENDANT.
_____/

## AMENDED NOTICE OF FLSA SETTLEMENT AGREEMENT

**COME NOW**, Plaintiff, Paxton McMillan ("Plaintiff"), and Defendant, USRE, LLC d/b/a AT HOME INN ("USRE") referred to herein as "Defendants"), by and through their respective undersigned attorneys, and file this Amended Notice of Settlement and included the Settlement and Release Agreement, a fully executed copy of which is attached hereto as Exhibit "A" (the "Settlement and Release Agreement").

WHEREFORE, the Parties respectfully request that the Court enter an Order: (1) approving the terms of the settlement, and (2) dismissing this action with prejudice.

                Respectfully submitted this 5th day of December, 2022.

/s/ *Clayton M. Connors*  
CLAYTON M. CONNORS  
Florida Bar No. 0095553  
THE LAW OFFICES OF  
CLAYTON M. CONNORS, PLLC  
4400 Bayou Blvd., Suite 32A  
Pensacola, Florida 32503  
Telephone: (850) 473-0401  
Email: cmc@westconlaw.com  
*Attorney for Plaintiff*

/s/*Jesse I. Unuh*  
Jesse I. Unruh  
Florida Bar No. 93121  
jesse@spirelawfirm.com  
marcele@spirelawfirm.com  
filings@spirelawfirm.com  
SPIRE LAW, PLLC  
2572 W. State Road 426,  
Suite 2088  
Oviedo, Florida 32765  
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing joint motion and stipulation was electronically filed with the clerk of the court using the CM/ECF system on this 5th day of December, 2022, and that electronic that will send email notification of such filing to: Jesse Unruh, Esquire, Attorney for Defendant, SPIRE LAW, LLC, 2572 W. State Road 426, Suite 2088, Oviedo, Florida 32765, Email: jesse@spirelawfirm.com; marcela@spirelawfirm.com; and filings@spirelawfirm.com.

/s/ *CLAYTON M. CONNORS*  
CLAYTON M. CONNORS  
Florida Bar No. 0095553  
THE LAW OFFICES OF  
CLAYTON M. CONNORS, PLLC  
4400 Bayou Blvd., Suite 32A  
Pensacola, Florida 32503  
Telephone: (850) 473-0401

Email: cmc@westconlaw.com
*Attorney for Plaintiff*